UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 0:16-cv-00149-HRW

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.

PHYLLIS J. MORRISON (n/k/a PHYLLIS J. SUTTLES),
CLIFFORD SUTTLES,
LVNV FUNDING, LLC, and
CENTRAL KENTUCKY MANAGEMENT SERVICES                    DEFENDANTS

PLAINTIFF'S ANSWER TO COUNTERCLAIM OF
DEFENDANT, CENTRAL KENTUCKY MANAGEMENT SERVICES, INC.

Comes now, Plaintiff, United States of America, on behalf of its Department of Agriculture, Rural Housing Service ("RHS"), by and through counsel, and for its Answer to the Counterclaim filed by defendant, Central Kentucky Management Services, Inc., a Kentucky Corporation, assignee of the University of Kentucky Medical Center, states as follows:

1. Plaintiff admits to the allegations contained in Paragraph 1.

2. Plaintiff admits that Central Kentucky Management Services, Inc., a Kentucky Corporation, assignee of the University of Kentucky Medical Center, holds a judgment lien on the subject property. Said judgment lien is subordinate in priority to the first mortgage lien on the property in favor of the Plaintiff. Plaintiff is without sufficient knowledge to admit or deny the remaining allegations contained in Paragraph 2.

WHEREFORE, Plaintiff demands that its lien on the subject real property be adjudged first and superior in priority to all other liens thereon, and to any other relief which it may be entitled.

Respectfully Submitted,


By: /s/ Lauren B. Durham
Attorney for the Plaintiff:
James S. Watson/ Lauren B. Durham
Foreman Watson Holtrey, LLP
530 Frederica Street
Owensboro, Kentucky 42301
Phone: (270)689-2424
Fax: (270)689-2412


## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Central KY Management Services, Inc., c/o John Oakley**

I further certify that on February 8, 2017, I mailed the foregoing documents by first class mail to the following non-CM/ECF participants:

**Phyllis J. Morrison**
5526 Stinson Fork
Rush, Kentucky 41168

**Clifford Suttles**
5526 Stinson Fork
Rush, Kentucky 41168

**LNNV Funding**
625 Pilot Road, Suite 3
Las Vegas, Nevada 89119


/s/ Lauren B. Durham
Lauren B. Durham
Foreman Watson Holtrey, LLP
*Attorney for Plaintiff*